AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ——

Charter Communications
Entertainment I LLC
d/b/a Charter Communications

V.

Thomas Cusson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

FILED
___'S OFFICE

2004 SEP 27 P 12: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

# 04-40186 —

TO: (Name and address of defendant)

Thomas Cusson
36 Carroll Street
Auburn, MA 01501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Brown
Murtha Cullina LLP
99 High St. 20th Fl.
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

_____
CLERK

DATE  September 30, 2004

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

S

NA

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

09/23/2004

I hereby certify and return that on 09/22/2004 at 11:05am I served a true and attested copy of the Summons and Complaint in this action in the following manner:  To wit, by leaving at the last and usual place of abode of THOMAS CUSSON  at 36 CARROLL ST. AUBURN, MA and by mailing first class mail to the above address on 09/23/2004. Fees:  Service 20.00, Travel 20.48, Conveyance 3.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $56.48

Deputy Sheriff Paul R Almstrom

_____
*Deputy Sheriff*

Other *(specify):* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
Date                                                          Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure