## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, <br><br> Plaintiff <br><br> v. <br><br> THOMAS CUSSON <br><br> Defendant | CIVIL ACTION <br> NO. 04-40186 |

### STIPULATION OF DISMISSAL

Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications and Defendant, Thomas Cusson, agree to dismiss the Complaint against Defendant, Thomas Cusson, pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs to either party.

Dated: November 23, 2004

PLAINTIFF - CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a CHARTER
COMMUNICATIONS

By Its Attorneys:

Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO #642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000

DEFENDANT - THOMAS CUSSON

By His Attorney:

Richard J. Rafferty, BBO#551944
Eden & Rafferty
19 Norwich Street, 5th Floor
Worcester, MA 01608
Telephone: (508) 795-1601

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal was mailed first-class, postage prepaid, on this _24_ day of November, 2004 to:

Richard J. Rafferty, BBO#551944
Eden & Rafferty
19 Norwich Street, 5th Floor
Worcester, MA 01608
Telephone: (508) 795-1601

_____
Christopher L. Brown